**No. 49099.**—Protest 102830–K of Greig, Lawrence & Hoyt, Ltd. (New York).

Opinion by KEEFE, J. At the trial it was stipulated that the 1 case of whisky claimed to have been short-shipped was not imported into the United States, and further that the customs regulations had been complied with. In accordance therewith the collector was directed to reliquidate the entry and make an allowance for the shortage claimed.

**No. 49100.**—Protest 102839–K of Greig, Lawrence & Hoyt, Ltd. (New York).

Opinion by KEEFE, J. At the trial it was stipulated that the 1 case of rum claimed to have been short-shipped was not imported into the United States, and further that the customs regulations had been complied with. In accordance therewith the collector was directed to reliquidate the entry and make an allowance for the shortage claimed.

**No. 49101.**—Protest 103105–K of Asiatic Petroleum Corp. (New York).

Opinion by KEEFE, J. The evidence disclosed that the total net weight was 3,138,782 pounds and that an affidavit of shortage was timely filed by the plaintiff as required by Article 812, Customs Regulations of 1937. In accordance therewith the protest was sustained to this extent.

**No. 49102.**—Protest 965351–G of E. Kahn & Co., Inc. (Baltimore).

Opinion by KEEFE, J. At the trial it was agreed between the parties that the jars in question are composed of earthenware, decorated, rather than chinaware. The claim that they are the usual containers was abandoned by counsel for the plaintiff. In view of this agreed statement of facts the court held the jars in question to be unusual containers of cordials and therefore properly dutiable by virtue of the provisions of section 504, Tariff Act of 1930, at the rate of 50 percent ad valorem and 10 cents per dozen pieces under paragraph 211, and the collector was directed to make refund accordingly.

**No. 49103.**—Protest 32023–K of W. R. Zanes & Co. (Galveston).

Opinion by KEEFE, J. From an examination of the papers the court held the action of the collector to be presumptively correct.

**No. 49104.**—Protest 100253–K of American Sponge & Chamois Co. (New York).

Opinion by KEEFE, J. From an examination of the papers the court held the action of the collector to be presumptively correct.